447 A.2d 657

Commonwealth v. Ward, Jr., Appellant.

Petition for Allowance of Appeal Denied Oct. 8, 1982.

628

Submitted June 13, 1980. Joel M. Scheer, for appellant; John Gallagher, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and LIPEZ, JJ.

The order of the lower court is affirmed.